UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-00058-3-D-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO DISMISS |
| | ) | |
| BRANDON MICHAEL EDGERTON | ) | |
| | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved this Court to dismiss, without prejudice, the Indictment for the above-captioned defendant.

After due consideration, for good cause shown, and for the reasons stated in the government's motion, the Court hereby GRANTS the government's motion and ORDERS the Indictment be DISMISSED without prejudice.

SO ORDERED this __6__ day of April, 2026.

JAMES C. DEVER III
United States District Judge

1